909 A.2d 683

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner

v.

**J. Christopher LLINAS, Respondent.**

**Misc. Docket AG, No. 47 Sept. Term 2006.**

Court of Appeals of Maryland.

Oct. 13, 2006.

### ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 16–772, it is this 13th day of October, 2006,

ORDERED, by the Court of Appeals of Maryland, that Christopher J. Llinas, be, and he is hereby, disbarred from the further practice of law in the State of Maryland; and it is further,

ORDERED, that the Clerk of this Court shall strike the name of Christopher J. Llinas from the register of attorneys, and pursuant to Maryland Rule 16–772(d) shall certify that to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.